MAGISTRATE JUDGE MONICA BENTON

05-CR-00202-ORD

FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 26 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARRETT CECIL THURMAN,<br><br>Defendant. | NO. CR 05-202 MJP<br><br>(~~PROPOSED~~) ORDER GRANTING STIPULATION TO WAIVE DEFENDANT'S APPEARANCE AT ARRAIGNMENT |

THE COURT having reviewed the stipulations of counsel, the signed written Waiver of Appearance at Arraignment by the defendant, and the Court having determined that the waiver is in compliance with Fed. R. Crim. P. 10(b)(1) and 10(b)(2), the Court hereby accepts the waiver.

///
///
///
///

(PROPOSED) ORDER GRANTING STIPULATION
TO WAIVE DEFENDANT'S APPEARANCE
AT ARRAIGNMENT
(Garrett Thurman; #05-202P)

1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1

2   DONE this 26 day of May, 2005.

3

4

5

6   THE HONORABLE MONICA BENTON
    UNITED STATES MAGISTRATE JUDGE

7

8

Presented by:

9

s/ Jennifer E. Wellman
10  WSBA # 29193
    Attorney for Garrett Cecil Thurman
11  Federal Public Defender's Office
    1601 Fifth Avenue, Suite 700
12  Seattle, WA 98101
    Phone: (206) 553-1100
13  Fax:   (206) 553-0120
    jennifer_wellman@fd.org

14

15  s/ Karyn S. Johnson
    Assistant United States Attorney
16  *Telephonic Approval*

17

18

19

20

21

22

23

24

25

26

(PROPOSED) ORDER GRANTING STIPULATION
TO WAIVE DEFENDANT'S APPEARANCE
AT ARRAIGNMENT
(Garrett Thurman; #05-202P)

2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100