JUDGE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-202 MJP |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND EXTEND TIME FOR PRETRIAL MOTIONS |
| vs. | |
| GARRETT CECIL THURMAN, and MARK ABRAHAM BENSADON, | |
| Defendants. | |

The Court, having reviewed the stipulation of the parties, and the defendants agreement to extend the time for trial, finds as to the facts stipulated to by counsel in that document, and hereby makes the following findings of fact:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from July 25, 2005, to

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Garrett Thurman;* #05-202P)                1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  October 17, 2005.

2  IT IS FURTHER ORDERED that the due date for pretrial motions be extended from June
3  30, 2005, to September 26, 2005.

4  IT IS FURTHER ORDERED that the period of time from the current trial date of July 25,
5  2005, up to and including the new proposed trial date of October 17, 2005, shall be excludable
6  time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

7  DONE this 15th day of July, 2005.

8

9
   /s/Marsha J. Pechman
10   HON. MARSHA J. PECHMAN
   UNITED STATES DISTRICT JUDGE
11

12  Presented by:

13

   s/  Jennifer E. Wellman
14  WSBA #  29193
   Attorney for Garrett Cecil Thurman
15  Federal Public Defender's Office
   1601 Fifth Avenue, Suite 700
16  Seattle, WA   98101
   Phone:   (206) 553-1100
17  Fax:     (206) 553-0120
   jennifer_wellman@fd.org
18
   s/  Jeffrey Healy Smith
19  Attorney for Co-Defendant Mark A. Bensadon
   *Telephonic  Approval*
20

21  s/  Karyn S. Johnson
   Assistant United States Attorney
22  *Telephonic Approval*

23

24

25

26

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Garrett Thurman;*  #05-202P)                           2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100